UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| GERALD BUSHNELL, ET AL. | : | CIVIL ACTION NO. 2:17-cv-1146 |
|---|---|---|
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| ARNOLD NATALI, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 51] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the defendants' Motion to Dismiss/Motion for Summary Judgment [doc. 27] be **DENIED** and that plaintiffs' Motion for Summary Judgment [doc. 41, att. 2] be **GRANTED IN PART** as to the plaintiffs' intentional discrimination claim and entitlement to declaratory and injunctive relief, and **DENIED AS MOOT** as to the reasonable accommodation claim. Plaintiffs are directed to submit a memorandum on their entitlement to attorney fees within **14 days** from the date of this judgment, after which defendants will have **7 days** to respond.

**THUS DONE AND SIGNED** in Chambers this 8 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE